USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/6/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ and IRVIN CASTILLO,

                Defendants.

19 Cr. 391-1 (AT)
19 Cr. 391-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that a change-of-plea hearing for Defendants Gerald Vaqsquez and Irvin Castillo is scheduled for **January 13, 2020**, at **1:00 p.m.**

    SO ORDERED.

Dated: January 6, 2020
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge