USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/7/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ and IRVIN CASTILLO,

Defendants.

19 Cr. 391-1 (AT)
19 Cr. 391-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The change-of-plea hearing for Defendants Gerald Vaqsquez and Irvin Castillo scheduled for January 13, 2020, at 1:00 p.m. is hereby RESCHEDULED to **January 13, 2020**, at **2:40 p.m.**

SO ORDERED.

Dated: January 7, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge