UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ and IRVIN CASTILLO,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/22/2020_

19 Cr. 391-1 (AT)
19 Cr. 391-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing for Defendants Gerald Vaqsquez and Irvin Castillo scheduled for May 14, 2020, is hereby ADJOURNED to **May 18, 2020**, at **1:00 p.m.**

SO ORDERED.

Dated: January 22, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge