

U.S. Department of

United States Attorne
Southern District of N

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 12, 2020

**BY ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Gerald Vasquez et al.*, 19 Cr. 391 (AT)

Dear Judge Torres:

The Court has scheduled change-of-plea hearings for the remaining three defendants in the above-captioned matter for February 18, 2020 (for Mr. Disla and Mr. Beird), and February 20, 2020 (for Mr. De Los Santos). (Dkt. Nos. 73, 74). In light of the remaining defendants' anticipated guilty pleas, the Government respectfully requests that the pre-trial deadlines for the submission of motions in limine, voir dire, and requests to charge, set in the Court's February 5, 2020 order (Dkt. No. 71) be extended from February 19, 2020, until February 26, 2020. The remaining defendants, through counsel, consent to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ Michael R. Herman
Michael R. Herman
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2221/-2486

GRANTED. Motions *in limine*, *voir dire* questions, requests to charge, and verdict forms must be submitted by **February 26, 2020**. Any oppositions must be submitted by **March 2, 2020**.

SO ORDERED.

Dated: February 12, 2020
New York, New York

ANALISA TORRES
United States District Judge