UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ and IRVIN CASTILLO,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/30/2020__

19 Cr. 391-1 (AT)
19 Cr. 391-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing of Defendants Gerald Vasquez and Irvin Castillo scheduled for May 18, 2020, is hereby ADJOURNED to **September 10, 2020**, at **1:00 p.m.**

    SO ORDERED.

Dated: April 30, 2020
       New York, New York

ANALISA TORRES
United States District Judge