UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ,
GARY BIERD,
IRVIN CASTILLO,
DAUBRIEL DISLA, and
JOSE VARGAS,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/21/2020__

19 Cr. 391-1 (AT)
19 Cr. 391-2 (AT)
19 Cr. 391-3 (AT)
19 Cr. 391-4 (AT)
19 Cr. 391-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing is currently scheduled for Defendants Gerald Vasquez and Irvin Castillo on September 10, 2020, Defendants Gary Bierd and Daubriel Disla on October 1, 2020, and Defendant Jose Vargas on October 28, 2020. It is hereby ORDERED that those proceedings are ADJOURNED as follows:

1. On **February 4, 2021**, at **1:00 p.m.** sentencing shall be conducted for Vargas.
2. On **February 11, 2021**, at **1:00 p.m.** sentencing shall be conducted for for Vasquez, Bierd, Castillo, and Disla.

    Defendants' sentencing submissions are due two weeks before their sentencing date. Those Defendants who have already filed a sentencing submission may file an updated submission by that deadline. The Government's sentencing submissions are due one week before the relevant sentencing date.

    SO ORDERED.

Dated: August 21, 2020
         New York, New York

                                            ANALISA TORRES
                                      United States District Judge