```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/25/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ,
GARY BIERD,
IRVIN CASTILLO,
DAUBRIEL DISLA, and
JOSE VARGAS,

Defendants.

19 Cr. 391-1 (AT)
19 Cr. 391-2 (AT)
19 Cr. 391-3 (AT)
19 Cr. 391-4 (AT)
19 Cr. 391-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Sentencing is currently scheduled for Defendant Jose Vargas on February 4, 2021, and Defendants Gerald Vasquez, Irvin Castillo, Gary Bierd, and Daubriel Disla on February 11, 2021. Those proceedings are ADJOURNED as follows:

1. On **September 1, 2021**, at **1:00 p.m.** sentencing shall be conducted for Vargas.
2. On **September 8, 2021**, at **1:00 p.m.** sentencing shall be conducted for for Vasquez, Bierd, Castillo, and Disla.

Defendants' sentencing submissions are due two weeks before their sentencing date. Those Defendants who have already filed a sentencing submission may file an updated submission by that deadline. The Government's sentencing submissions are due one week before the relevant sentencing date.

SO ORDERED.

Dated: January 25, 2021
New York, New York

ANALISA TORRES
United States District Judge