UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/22/2021
```

19 Cr. 391-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 25, 2021, the Court scheduled the sentencing for Defendant, Gerald Vasquez, for September 8, 2021, and set Defendant's and the Government's deadlines for sentencing submissions as August 25, 2021, and September 1, 2021, respectively.  ECF No. 103.  Defendant did not file his submission by August 25.  On August 31, 2021, the Court adjourned the sentencing to September 23, 2021, and ordered Defendant to file his sentencing submission by September 9, 2021, and the Government to file its submission by September 16, 2021.  ECF No. 118.  On September 14, 2021, the Court issued an order reiterating the sentencing date, and required the parties to send the Court information as to expected attendance at the sentencing by September 16, 2021.  ECF No. 119.  The parties failed to comply with both deadlines.

On September 17, 2021, having received none of the requested filings or information, the Court emailed the parties, and ordered them to file their submissions by September 21, 2021, and to send in the required information by September 20, 2021.  To date, the Court has not received either party's sentencing submission, nor the attendance information from Defendant's counsel.

Accordingly, the sentencing scheduled for September 23, 2021, is ADJOURNED to **September 30, 2021**, at **11:00 a.m.**  By **September 27, 2021**, the parties shall file their sentencing submissions.  Both parties must file their sentencing submissions by this date.

In addition, by **September 27, 2021**, Defendant**'s** counsel shall advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

SO ORDERED.

Dated: September 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge