USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2022

LAW OFFICE
OF
B. ALAN SEIDLER
580 BROADWAY
NEW YORK, NEW YORK 10012

June 29, 2022

Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: USA v. Gerald Vasquez, 19cr 391 (AT)

Dear Judge Torres;

I am now the attorney for defendant Vasquez. Gerald Vasquez was sentenced by your Honor on 9-30-2021, to 24 months in prison, and 1 year Supervised Release. His release date is projected to be 8-10-2023.

This letter motion requests an Order from the Court directing the Government to return to Vasquez a ring, chain, and a medallion which contains the picture of his father, taken from Vasquez at the time of his arrest.

Prior requests for the return of this property have been made to the Government.

Thank you.

GRANTED.

SO ORDERED.

Dated: July 6, 2022
New York, New York

ANALISA TORRES
United States District Judge