UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ,
GARY BIERD,
IRVIN CASTILLO,
DAUBRIEL DISLA, and
JOSE VARGAS,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/22/2022_

19 Cr. 391-1 (AT)
19 Cr. 391-2 (AT)
19 Cr. 391-3 (AT)
19 Cr. 391-4 (AT)
19 Cr. 391-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      At the sentencings for Defendants Vasquez, Bierd, Castillo, Disla, and Vargas, the Government represented that it would be providing the Court with additional information related to restitution by specific dates that have since passed. The Court has not received any further information related to restitution. Accordingly, by **August 5, 2022**, the Government shall provide the restitution information for Defendants.

      SO ORDERED.

Dated: July 22, 2022
       New York, New York

                                                      ANALISA TORRES
                                           United States District Judge