UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ,
GARY BIERD,
IRVIN CASTILLO,
DAUBRIEL DISLA, and
JOSE VARGAS,

Defendants.

ANALISA TORRES, District Judge:

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED:  __12/6/2022__ | |

19 Cr. 391-1 (AT)
19 Cr. 391-2 (AT)
19 Cr. 391-3 (AT)
19 Cr. 391-4 (AT)
19 Cr. 391-6 (AT)

**ORDER**

At the sentencings for Defendants Vasquez, Bierd, Castillo, Disla, and Vargas, the Government represented that it would be providing the Court with additional information related to restitution by specific dates that have since passed. *See* ECF No. 201. On July 22, 2022, the Court ordered the Government to provide restitution information for Defendants by August 5, 2022. *Id.* On August 15, 2022, the Court granted the Government's request for an extension and ordered the Government to provide restitution information by September 6, 2022. ECF No. 203. The Court stated that "[n]o further extension shall be granted absent a showing of good cause." *Id.* The Government missed that new deadline by over 90 days and has provided no explanation for missing the Court-ordered deadline. By **December 9, 2022**, the Government shall provide an explanation for its delay.

SO ORDERED.

Dated: December 6, 2022
New York, New York

ANALISA TORRES
United States District Judge