UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GERALD VASQUEZ,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/16/2023

19 Cr. 391-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The telephonic conference scheduled for May 16, 2023, is ADJOURNED *sine die*.

       SO ORDERED.

Dated: May 16, 2023
          New York, New York

                                                  ANALISA TORRES
                                            United States District Judge